United States District Court for the <u>Northern</u>

District of <u>Ohio</u>

| Columbia Park East MHP, LLC, et al. |
|---|

Plaintiff,

vs.

Case No. <u>1:18-cv-01086</u>

| U.S. Bank N.A., et al. |
|---|

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that <u>Columbia Park East MHP; Columbia MHC East; Ken Burnham</u>,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

<u>Final Order and Opinion in Motion to Dismiss</u>
*The final judgment, from an order describing it*

entered in this action on the <u>13th</u> day of <u>August</u>, <u>2018</u>.

(s) <u>Harold E Lucas</u>

Address: <u>13200 Strickland Rd.</u>

<u>Suites 114-329</u>

<u>Raleigh, NC 27613</u>

Attorney for <u>All Plaintiffs</u>

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ☐
    Court of Appeals ☐

6CA-3
11/16